COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-191-CV

 

IN RE EMPIRE EQUIPMENT                                                     RELATORS

INTERNATIONAL, INC. AND 

ROBERT RUSSELL                                                                                

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL B: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED: 
July 9, 2007











    [1]See
Tex. R. App. P. 47.4.